IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

HILTON HOTELS CORP., WALTON )
PORTLAND HOLDINGS VI LLC, and )
WALTON ACQ REOC MASTER VI LLC, )
)
     Plaintiffs, )   TC-MD 150234D
)
  v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
     Defendant. )  **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal, entered October 2, 2015. The court did not receive a statement of costs and

disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR MD 16 C(1).

This matter is before the court on Defendant's request, filed September 23, 2015, that

Plaintiffs' Complaint be dismissed for failure to comply with the court's Order Granting Motion

to Compel (Order), issued September 4, 2015. As of this date, Plaintiffs have not filed a reply to

Defendant's request.

In its Order, the court granted Defendant's discovery request in response to Defendant's

numerous requests for documents and a site inspection. The court's Order stated that Plaintiffs

were to produce documents and schedule a site inspection within 14 days of the date of the

Order. On September 16, 2015, Plaintiffs' representative requested a "short extension for

compliance with the Order Compelling Discovery." Plaintiffs' requested "an extension of ten

days to comply with" the court's Order. (Ptfs' Ltr at 1, Sept 15, 2015.)

On September 23, 2015, Defendant filed its request that the court dismiss Plaintiffs'

"case due to failure to comply with the Court Order." (Def's Ltr at 1, Sept 23, 2015.)

Ten days have now passed since Plaintiffs requested an extension of time to comply with the court's Order. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is dismissed.

Dated this ____ day of October 2015.

JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on October 20, 2015.*